872

In the Matter of EDWARD G. GILBERT, Petitioner, v. ARMAND D'ANGELO, as Commissioner of the Department of Water Supply, Gas & Electricity of the City of New York, Respondent.—

No opinion. Concur—Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.
MAX SWERSKY, Appellant, v. A. GREENE & Co., INC., et al., Respondents. HRH CONSTRUCTION CORP., Third-Party Plaintiff, v. WORLD HOUSEWRECKING Co., INC., Third-Party Defendant.—
No opinion. Concur—Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.
DOUGLAS L. ELLIMAN & Co., INC., Appellant, v. LEONIDAS A. LANTZOUNIS, Respondent.—
No opinion. Concur—Botein, P. J., Breitel, Valente, Stevens and Eager, JJ. [30 Misc 2d 550.]
THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD FELDMAN, Appellant.—
No opinion. Concur—Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.
I. BRUCE GORDON, Respondent, v. VINCENT CAVUOTO, Defendant, and EMILY GRIMONT et al., Appellants. PHOEBE FRITZ, an Infant, by Her Guardian ad Litem, PAUL FRITZ, et al., Respondents, v. PAULINE GORDON, Individually and as Guardian ad Litem of BRUCE GORDON, an Infant, Respondent, and EMILY GRIMONT et al., Appellants, et al., Defendant. VINCENT CAVUOTO, Plaintiff, v. FRANCIS GRIMONT et al., Defendants.—
No opinion. Concur—Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.
In the Matter of PALLADIUM ENTERPRISES, INC., Petitioner, v. NEW YORK STATE LIQUOR AUTHORITY, Respondent.—

No opinion. Concur—Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.
In the Matter of ROSETTA HURWITZ, Appellant, v. ROBERT E. HERMAN, as State Rent Administrator, Respondent, and 30 FIFTH AVE. INC., Intervenor-Respondent.—
No opinion. Concur—Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.
THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PEARL SYMONS, Appellant.—
No opinion. Concur—Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.
TEHAN TRUCKING INC., et al. v. WHITE FACTORS, INC., et al.—

Concur—Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.
MELVIN KAUFMAN et al. v. ISAAC LEVITAN.—Motion for reargument and for stay denied, with $10 costs. Concur—Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.
THE PEOPLE OF THE STATE OF NEW YORK v. JAMES JONES.—
Concur—Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.
THE PEOPLE OF THE STATE OF NEW YORK v. ALFRED LEWIS.—
Concur—Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.
(A) THE PEOPLE OF THE STATE OF NEW YORK v. BALDWIN GREEN. (B) THE PEOPLE OF THE STATE OF NEW YORK v. HAMILTON TURNER. (C) THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH FREY. (D) THE PEOPLE OF